UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DEANNE BINGHAM | CIVIL ACTION |
| VERSUS | |
| SAM B. HAYNES, JR. | 17-1694-SDD-RLB |

### RULING AND JUDGMENT OF REMAND

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois dated February 28, 2018. Defendant has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, this action is hereby REMANDED to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana and Defendant's *Motion for Oral Argument*[4] is hereby DENIED.

Baton Rouge, Louisiana the 8 day of May, 2018.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 6.
[2] Rec. Doc. 21.
[3] Rec. Doc. 22.
[4] Rec. Doc. 23.

19th JDC - Certified